## AMMAN v. SUR–WA STORES, Inc.
No. 4862.

Court of Appeal of Louisiana.
Second Circuit.

Dec. 5, 1934.

Fink & Fink, of Monroe, for appellant.

Munholland & Munholland, of Monroe, for appellee.

DREW, Judge.

Plaintiff instituted this suit for a monied judgment in the amount of $150.

Defendant, in answer, admitted it owed plaintiff the sum of $95.80.

Judgment was rendered below for the amount sued for, and defendant has perfected an appeal to this court.

Appellee has filed in this court a plea to the jurisdiction ratione materiæ. It is certain

from the pleadings in this case that the amount in dispute at the time of the trial below was less than $100, and was not a sufficient amount to give this court jurisdiction ratione materiæ. Louisiana Constitution of 1921, art. 7, § 29; West Monroe Hardware & Furniture Co. v. Munholland, 18 La. App. 255, 138 So. 195.

The plea to the jurisdiction ratione materiæ is therefore sustained, and the appeal dismissed at appellant's cost.